# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Jaime Alvarez-Gonzalez,

    Petitioner,

    v.

PAMELA BONDI, Attorney General, Department of Justice, et al.,

    Respondents.

Case No.:  3:26-cv-01334-BTM-SBC

**ORDER DISMISSING PETITION FOR WRIT FOR HABEAS CORPUS**

**[ECF NO. 8]**

On March 10, 2026, the Petitioner filed a notice of voluntary dismissal.  (ECF No. 8.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the petition is **DISMISSED** without prejudice.  The order directing the Respondents to not remove the Petitioner from this district is **VACATED**.

    **IT IS SO ORDERED.**

Dated:  March 10, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

26-cv-1334